UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No.      19-23689-PGH
                                                    Chapter       13
LAURETTE JACQUES


_____Debtor(s)_____/


# MOTION TO APPROVE SETTLEMENT BETWEEN LAURETTE JACQUES AND FLORIDA PENINSULA INSURANCE COMPANY

**COMES NOW**, the Debtor, LAURETTE JACQUES, through undersigned counsel and moves the Court to approve the settlement between Laurette Jacques and Florida Peninsula Insurance Company. In support of this motion, the Debtor asserts as follows:

1. Debtor, Laurette Jacques, filed this Chapter 13 bankruptcy petition on October 11, 2019.

2. Prior to filing her Chapter 13 Bankruptcy, the Debtor was involved in active litigation with her Homeowner's Insurance Company, Florida Peninsula Insurance Company, under case number CACE-19-004875 (05) filed in the Circuit Court of Broward County, Florida.

3. The parties involved in the litigation recently reached a settlement and the proposed settlement /release of claim is pending signature by the parties.

4. A proposed copy of the Joint Stipulation for Dismissal of the case filed under case number CACE-19-004875 (05), which states the matter has been amicably resolved is attached as Exhibit "A".

5. Out of the allocated settlement funds, the Debtor is set to receive $15,000.

6. These funds will be used to make the necessary repairs on her property from her initial insurance claim and the Debtor is unsure if there will be additional funds left after the repairs have been made or what those amounts could possibly be.

7. The Debtor is currently paying 100% of her unsecured debt through the pending Chapter 13 Plan and the claims bar date has already passed as of January 13, 2020.

8. No creditors will be harmed by the approval of this settlement as the Debtor is currently paying her unsecured debts in full.

**WHEREFORE**, the Debtor prays that the Court approve the settlement described herein, allow the Debtor to use the proceeds to make repairs, and any other relief the Court may deem appropriate.

### Certificate Pursuant to Local Rule 90-11-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular US Mail and ECF (on applicable parties), on February 14, 2020 to all parties on the attached service list.

/s/ Alberto H. Hernandez
Alberto H. Hernandez, Esq
Attorney for Debtor
Law Office of Alberto H. Hernandez, P.A.
8181 NW 154 St, Suite 112
Miami Lakes, FL 33016
FL. Bar No 0898783
Phone: 305-820-0334
Service Email: pleadings@ahernandezlaw.com

# EXHIBIT "A"

IN THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA

JACQUES LAURETTE,　　　　　　　　CASE NO. CACE-19-004875 (05)

　　　　Plaintiff,

vs.

FLORIDA PENINSULA
INSURANCE COMPANY,

　　　　Defendant.　　　　　　　　/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

An amicable resolution of all matters and things in dispute between the Plaintiff and the Defendant hereto having been made, it is hereby;

**STIPULATED AND AGREED** by and between the parties hereto that all claims of the Plaintiff against the Defendant be dismissed with prejudice, that the Plaintiff and his attorneys shall be solely responsible to satisfy any and all outstanding liens and attorneys' fees and costs resolved pursuant to the terms of the General Release. The Court reserves jurisdiction to enforce the terms of the settlement agreement and enter orders necessary to its enforcement.

　　　　Dated this_____day of_____, 2020.

Kenneth R. Duboff, Esq.
Duboff Law Firm
680 N.E. 127th Street
North Miami, FL  33161
(305) 899-0085

_____
Kenneth R. Duboff, Esq.
Florida Bar #

Michael F. Barzyk, Esq.
Ian P Singer, Esq.
McIntosh Sawran & Cartaya, P.A.
*Attorneys for Defendant*
1776 East Sunrise Boulevard
Fort Lauderdale, FL 33304-3067
(954) 765-1001


_____
Michael F. Barzyk, Esq.
Florida Bar # 0232040
Ian P Singer, Esq.
Florida Bar # 1002012